Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONGHUA XU, individually and dba UNITED TILE & MARBLE CO., <br><br> Defendant. | Case No.: C13-4593 JSW <br><br> **PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date: January 17, 2014 <br> Time: 1:30 p.m. <br> Location: 450 Golden Gate Avenue, San Francisco, CA <br> Courtroom: 11, 19th Floor <br> Judge: Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit their request that the initial Case Management Conference, currently on calendar for January 17, 2014, be continued for approximately sixty (60) to ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on October 4, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

2. Plaintiffs served the complaint, summons, and court documents on Defendant on November 4, 2013. Defendant failed to file an answer by the deadline, and Plaintiffs requested Entry of Default, which was entered by the court on December 12, 2013.

3. The parties have been in discussion regarding the amounts found due to Plaintiffs as a result of an audit of Defendant's payroll records for the time period of October 1, 2008 through March 31, 2013. Defendant has provided some documentation to dispute the amounts

1   found due on the audit, and Plaintiffs have forwarded the documentation to Plaintiffs' auditor for
2   review.  Defendant is in the process of obtaining additional information to provide to Plaintiffs.

3       4.      Once Plaintiffs' auditor has reviewed the documentation provided by Defendant,
4   Plaintiffs will confirm or revise amounts due to Plaintiffs.

5       5.      Accordingly, Plaintiffs respectfully request that the Case Management Conference,
6   currently scheduled for January 17, 2014, be continued for approximately sixty (60) to ninety (90)
7   days to allow time for Defendant to provide any further documentation related to the audit, and for
8   Plaintiffs' auditors to review the documentation to confirm or revise the amounts due to Plaintiffs.

9       6.      There are no issues that need to be addressed by the parties at the currently
10  scheduled initial Case Management Conference.  In the interest of conserving costs as well as the
11  Court's time and resources, Plaintiffs respectfully request that the Court continue the currently
12  scheduled Case Management Conference as requested above.

13      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
14  entitled action, and that the foregoing is true of my own knowledge.

15      Executed this 7th day of January 2014, at San Francisco, California.

16      SALTZMAN & JOHNSON
    LAW CORPORATION
17

18      By: _____/S/_____
19      Erica J. Russell
    Attorneys for Plaintiffs
IT IS SO ORDERED.
20

21      The currently set initial Case Management Conference is hereby continued to
22  ___April 25, 2014_____ at ___11:00 a.m._____, and all previously set deadlines and
23  dates related to this case are continued accordingly.

24  Date: ___January 8, 2014_____ _____

    HONORABLE JEFFREY S. WHITE
25      UNITED STATES DISTRICT COURT JUDGE

26

27

28

P:\CLIENTS\BRICL\United Tile and Marble\Pleadings\Request to continue initial cmc 010714.doc