Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONGHUA XU, individually and dba UNITED TILE & MARBLE CO.,<br><br>Defendant. | Case No.: C13-4593 JSW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:       April 25, 2014<br>Time:      11:00 a.m.<br>Location:  450 Golden Gate Avenue, San Francisco, CA<br>Courtroom: 11, 19th Floor<br>Judge:     Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit this Request to Continue the Case Management Conference, currently scheduled for April 25, 2014, for approximately sixty (60) days. Good cause exists for the granting of the continuance as follows:

1.   As the Court's records will reflect, this action was filed on October 4, 2013 to compel Defendant to comply with the terms of his Collective Bargaining Agreement.

2.   Plaintiffs served the Complaint, Summons, and related court documents on Defendant on November 4, 2013.  Defendant failed to file an Answer to the Complaint and Plaintiffs requested Entry of Default, which was entered by the court on December 12, 2013.

3.   An audit of Defendant's payroll records for the time period from October 1, 2008 through March 31, 2013 showed that Defendant failed to report and pay required contributions for several of his employees in the years 2008 and 2009.  Defendant provided documentation, namely W-2 forms, to dispute the amounts found due to Plaintiffs from the audit of his records.  Plaintiffs'

auditor reviewed the documentation provided by Defendant and revised the amounts due on the audit where required.

4.	The revised audit report showed that Defendant still owed approximately $306.00 for contributions for work performed by one (1) employee in 2008 and approximately $4,340.00 for contributions for work performed by two (2) employees in 2009, plus liquidated damages and interest on the unpaid contributions, attorneys' fees and costs, and audit fees.

5.	Defendant provided further documentation to Plaintiffs to dispute the remaining amounts owed on the audit, specifically for the unreported hours worked by two (2) of Defendant's employees in 2009. Defendant provided signed statements from the two (2) employees which claimed that, during the time they worked for Defendant in 2009, they only performed 152 hours of work that was covered by the Collective Bargaining Agreement. The two (2) statements further claimed that the unreported hours showing as due on the audit were spent performing home remodel work on Defendant's personal residence and did not involve any work covered by the Collective Bargaining Agreement.

6.	Since the statements from Defendant's two (2) employees were not signed under penalty of perjury or notarized, Plaintiffs prepared declarations that restated the claims set forth in the employees' signed statements for the two (2) employees to sign and have notarized. Plaintiffs are currently awaiting receipt of the signed and notarized declarations. Once Plaintiffs receive the declarations, Plaintiffs will continue to attempt to resolve this matter informally with Defendant for the remaining amounts owed on the audit. Should the parties fail to reach an informal resolution of this matter, Plaintiffs anticipate filing a motion for default judgment against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
Case No.: C13-4593 JSW

P:\CLIENTS\BRICL\United Tile and Marble\Pleadings\Request to Continue CMC 4-18-14.doc

7. Based on the above, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference scheduled for April 25, 2014 be continued for approximately sixty (60) days to allow sufficient time for the parties to reach an informal resolution of this matter.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 18th day of April 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set initial Case Management Conference is hereby continued to __June 27, 2014__ at __11:00 a.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __April 21, 2014__

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

-3-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; [~~PROPOSED~~] ORDER THEREON**
Case No.: C13-4593 JSW

P:\CLIENTS\BRICL\United Tile and Marble\Pleadings\Request to Continue CMC 4-18-14.doc