Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONGHUA XU, individually and dba UNITED TILE & MARBLE CO., <br><br> Defendant. | Case No.: C13-4593 JSW <br><br> **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date:       June 27, 2014 <br> Time:      11:00 a.m. <br> Location:  450 Golden Gate Avenue, San Francisco, CA <br> Courtroom: 11, 19th Floor <br> Judge:     Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit this Request to Continue the Case Management Conference, currently scheduled for June 27, 2014, for approximately sixty (60) days. Good cause exists for the granting of the continuance as follows:

1.  As the Court's records will reflect, this action was filed on October 4, 2013 to compel Defendant to comply with the terms of his Collective Bargaining Agreement.

2.  Plaintiffs served the Complaint, Summons, and related court documents on Defendant on November 4, 2013. Defendant failed to file an Answer to the Complaint and Plaintiffs requested Entry of Default, which was entered by the court on December 12, 2013.

-1-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.:  C13-4593 JSW**

P:\CLIENTS\BRICL\United Tile and Marble\Pleadings\Request to Continue CMC 061714.doc

3. An audit of Defendant's payroll records for the time period from October 1, 2008 through March 31, 2013 showed that Defendant failed to report and pay required contributions for several of his employees in the years 2008 and 2009.

4. The amount Defendant owed on the audit was revised after Plaintiffs received documentation from Defendant, namely W-2 forms, which showed that a portion of the hours due on the audit had been paid. The amount owed on the audit was further revised after Plaintiffs received declarations from two (2) of Defendant's employees, which stated that the hours worked in 2009 were spent performing home remodel work on Defendant's personal residence and did not involve any work covered by the Collective Bargaining Agreement. Therefore, the employees agreed that they would not pursue any fringe benefit contributions or pension credit for the hours worked in 2009 on the home remodel.

5. Thereafter, Plaintiffs sent Defendant several letters advising him of the total amount owed to Plaintiffs, including the amount remaining due on the audit, plus attorneys' fees and costs incurred in this action.

6. Defendant continues to dispute the amount remaining due on the audit and that he is liable for the attorneys' fees and costs incurred in this action.

7. Plaintiffs will make a final attempt to resolve this matter informally with Defendant for the remaining amounts owed to Plaintiffs. Should the parties fail to reach an informal resolution of this matter, Plaintiffs anticipate filing a Motion for Default Judgment against Defendant.

///
///
///
///
///
///
///
///

8. Based on the above, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the currently scheduled Case Management Conference be continued for approximately sixty (60) days to allow sufficient time for the parties to reach an informal resolution of this matter.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 17th day of June, 2014, at San Francisco, California.

        SALTZMAN & JOHNSON
        LAW CORPORATION


By: _____/S/_____
        Erica J. Russell
        Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set initial Case Management Conference is hereby continued to __August 29, 2014__ at __11:00 a.m.__, and all previously set deadlines and dates related to this case are continued accordingly.

Date: __June 19, 2014__        _____/s/ Jeffrey S. White_____
        HONORABLE JEFFREY S. WHITE
        UNITED STATES DISTRICT COURT JUDGE